DOA
01/05/24

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:  24-9041 MJ |
| Juan Daniel Lugo-Moya | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 933, 922(g)(5), and 924(a)(8), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒Yes     ☐ No

AUTHORIZED BY: AUSA Patrick E. Chapman

PATRICK CHAPM/ Digitally signed by PATRICK CHAPMAN
Date: 2024.01.07 12:15:30 -07'

ANTHONY GREMAUD  Digitally signed by ANTHONY GREMAUD
Date: 2024.01.07 12:07:39 -07'

| | |
|---|---|
| SA Anthony Gremaud, ATF | |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

| | | |
|---|---|---|
| 1/7/2024@12:44pm | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| HONORABLE EILEEN S. WILLETT | |
| United States Magistrate Judge | EsWillett |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A
## DESCRIPTION OF COUNT
### COUNT 1
**Trafficking in Firearms**

On or about January 5, 2024, within the District of Arizona, Defendant JUAN DANIEL LUGO-MOYA did receive from another person a firearm, to wit: a Century Arms, model M70AB2, 7.62 rifle, serial number: M70AB20466, and a Century Arms, model VSKA, 7.62 rifle, serial number: SV7112521, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that such receipt constituted a felony.

In violation of Title 18, United States Code, Section 933.

### COUNT 2
**Possession of a Firearm by an Alien Illegally Present in the United States**

On or about January 5, 2024, within the District of Arizona, Defendant JUAN DANIEL LUGO-MOYA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: a Century Arms, model M70AB2, 7.62 rifle, serial number: M70AB20466, and a Century Arms, model VSKA, 7.62 rifle, serial number: SV7112521, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Anthony Gremaud, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since May 6, 2018. I am currently assigned to the ATF Phoenix Field Division. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") Criminal Investigator Training Program ("CITP") and a graduate of the ATF National Academy Special Agent Basic Training ("SABT") program in Glynco, Georgia. I am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. My training in law enforcement includes agency specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, U.S.C. § 2510(7), authorized to conduct investigations into alleged violations of federal law.

2. As an ATF Special Agent my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Titles 18, 21, and 26 of the United States Code. I have personally participated in and conducted criminal investigations pertaining to the illegal acquisition of firearms, possession of firearms by prohibited persons, smuggling of firearms and narcotics, investigations involving interstate and international firearms trafficking, and investigations involving narcotics trafficking. Many of these investigations have led to arrests, searches, and seizures of individuals, property, firearms, and narcotics involved in violations of Federal laws.

3. In preparing this Affidavit, I conferred with other law enforcement officials who share the opinions and conclusions stated herein. I have personal knowledge of the

following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

4.      In January 2024, ATF became aware of a suspected straw purchaser identified as Noe Lugo-Moya ("Noe"). ATF discovered that Noe had purchased approximately 30 firearms in the past three months, most of which consisted of AK-47-style rifles. These firearms are preferred by drug trafficking organizations in the Republic of Mexico. The approximate cost of the firearms is $24,000. ATF learned that Noe purchased these firearms despite earning approximately $9,900 in 2023. Agents suspected that Noe was purchasing the firearms on behalf of someone else.

5.      On January 5, 2024, agents learned that Noe was attempting to purchase another firearm at Mo Money Pawn Shop, a Federal Firearm Licensee (FFL) in Phoenix, Arizona. Agents proceeded to the FFL and conducted surveillance. After the firearm purchase, Noe exited the business and entered the vehicle in which he arrived. While observing Noe, a second vehicle arrived with a female driver and a male passenger that appeared to be associated with Noe. Agents later identified the female as Lisa Diane Burke ("Burke") and the male as JUAN DANIEL LUGO-MOYA ("Defendant" or "JUAN"). Burke entered the FFL and purchased two additional AK-47-style rifles. Burke returned with the two firearms to her vehicle with JUAN in it, and ATF agents approached both vehicles and interviewed the three subjects, suspecting straw purchases of the firearms.

6.      During interviews, Noe and Burke admitted the firearms were purchased on behalf of JUAN. They admitted they were not the true purchasers and had lied on ATF Form 4473.

7.      JUAN was interviewed and admitted that the firearms Burke and Noe purchased were in fact for him. JUAN stated he was obtaining the firearms for an

individual known only as Haha. JUAN admitted to being in the United States illegally. During a consensual search of JUAN's cellular phone, agents observed numerous conversations of social media apps in which JUAN discussed obtaining firearms for others. JUAN stated he has obtained approximately 60 firearms for other people in the past five months. JUAN knew he was unable to purchase firearms in the United States due to him not being a United States citizen.

8. The following firearms were purchased by Burke on behalf of JUAN and seized by ATF:

a. Century Arms, model M70AB2, 7.62 rifle, serial number: M70AB20466;

b. Century Arms, model VSKA, 7.62 rifle, serial number: SV7112521.

9. Based on my training and experience, your affiant is aware that Century Arms firearms are not manufactured in the State of Arizona. Therefore, these items have affected interstate commerce.

## CONCLUSION

10. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that Defendant JUAN DANIEL LUGO-MOYA committed violations of Title 18 U.S.C. § 933, Trafficking in Firearms, and Title 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Possession of a Firearm by an Alien Unlawfully Present in the United States.

11. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ANTHONY GREMAUD
Digitally signed by ANTHONY GREMAUD
Date: 2024.01.07 12:08:06 -07'00'

ANTHONY GREMAUD
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed telephonically this __7__ day of January, 2024.

_EsWillett_

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge